

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Iron Oak, Inc.

Appellate case number:   01-22-00170-CV

Trial court case number:  2020-23705

Trial court:                      215th District Court of Harris County

Relator, Iron Oak, Inc., has filed a petition for writ of mandamus and request for emergency relief.

The Court **GRANTS** the motion and orders **STAYED** that the trial court's January 18, 2022 order granting the motion to stay filed by real parties in interest, John T. Preston and Michael E. Porter.

The Court further requests real parties in interest, Continuum Energy Technologies, LLC, John T. Preston, and Michael Eugene Porter, to file a response or responses to the petition for writ of mandamus. Responses, if any, shall be filed **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
            ☑ Acting individually      ☐ Acting for the Court

Date: ___March 7, 2022___